IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Eric Andrew Rieb, # 289509, | ) |
| Plaintiff, | ) Case No. 1:11-cv-00425-RMG |
| v. | ) ORDER |
| Warden Robert M. Stevenson, III; Lt. Edward Hambrick; Capt. Percy Jones; and Broad River Corr Inst Property Control, | ) |
| Defendants. | ) |

On March 24, 2011, Magistrate Judge Shiva Hodges entered an Order requiring the instant case to be brought into proper form by April 18, 2011. (Dkt. No. 11.) Having received nothing by this deadline, this Court entered an Order dismissing the case without prejudice on April 22, 2011. (Dkt. No. 16.)

It appears, however, that Plaintiff Rieb attempted to comply with Magistrate Judge Hodges' Order, in that he dated the Answers to Interrogatories for April 19, 2011, as well as other documents. (Dkt. No. 20; Dkt. No. 21.) In light of these filings, which were received by the Clerk on April 27, 2011 and entered on the ECF on April 28, 2011, the Order of April 22, 2011 (Dkt. No. 16) and corresponding Judgment (Dkt. No. 17) are hereby **VACATED**. This case is referred back to Magistrate Judge Hodges for further evaluation.

**AND IT IS SO ORDERED.**

The Honorable Richard Mark Gergel
United States District Judge

Charleston, South Carolina
April 29, 2011