IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Eric Andrew Rieb,<br><br>    Plaintiff,<br><br>vs.<br><br>Warden Robert M. Stevenson, III, et al.,<br><br>    Defendants. | C/A No.: 1-11-425-RMG-SVH<br><br><br>ORDER AND AMENDED<br>SCHEDULING ORDER |

This matter comes before the court on Plaintiff's motion to stay all scheduling order deadlines. [Entry #55]. Plaintiff states he is currently in "lock-up" for possession of vitamins and contends being in lock-up has rendered him unable to work on his lawsuit. Per his motion, Plaintiff will be released from lock-up in "a couple of months."

Based on the foregoing, the court denies Plaintiff's motion to stay [Entry #55], but orders that all deadlines set forth in the court's November 7, 2011 scheduling order [Entry #53] be extended 90 days.

The scheduling order deadlines are amended as follows:

1. Motions to amend pleadings shall be filed no later than **March 6, 2012.** Amendments of pleadings beyond this date will not be permitted absent extraordinary circumstances.

2. Discovery shall be completed no later than **April 9, 2012.** All discovery requests shall be served in time for the responses thereto to be served by this date.

3. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, shall be filed on or before **May 16, 2012.** (Fed. R. Civ. P. 16(b)(2)).

IT IS SO ORDERED.

*Shiva V. Hodges*

January 17, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

2