IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| Eric Andrew Rieb, | ) | C/A No.: 1:11-425-RMG-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Warden Robert M. Stevenson, III, et al., | ) | |
| Defendants. | ) | |

This matter comes before the court pursuant to Plaintiff's letter dated March 12, 2012 (the "Letter"). [Entry #76]. Attached to the Letter is a Motion of Intent to Move for Relief from Judgment [Entry #76-5] related to Plaintiff's habeas corpus action captioned *Rieb v. Stevenson*, C/A No. 1:09-2642-RMG. The Clerk of Court is directed to file the motion in C/A No. 1:09-2642-RMG.

Also included in the Letter is a request for 42 U.S.C. § 1983 applications and blank subpoena forms. Plaintiff's request has been forwarded to the Clerk of Court to be handled in accordance with standard procedures.

To the extent the Letter requests case law or other legal advice or information from the court, those requests are denied. The court may not provide legal advice or materials to any litigants, regardless of whether the litigants are represented by counsel.

Per the Amended Scheduling Order dated January 17, 2012 [Entry #63], the remaining deadlines in this case are as follows:

2. Discovery shall be completed no later than **April 9, 2012.** All discovery requests shall be served in time for the responses thereto to be served by this date.

3. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, shall be filed on or before **May 16, 2012.** (Fed. R. Civ. P. 16(b)(2)).

IT IS SO ORDERED.

*Shiva V. Hodges*

March 20, 2012  Shiva V. Hodges
Columbia, South Carolina  United States Magistrate Judge