# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| Eric Andrew Rieb, # 289509, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:11-cv-425-RMG |
| vs. ) | |
| ) | |
| Warden Robert M. Stevenson, III; ) | **ORDER** |
| Lt. Edward Hambrick; Capt. Percy Jones; ) | |
| Broad River Correctional Institution ) | |
| Property Control, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Plaintiff Eric Andrew Rieb appeals the Magistrate Judge's decision, (Dkt. #131), to deny his motions to extend the time allotted for completing discovery, to produce, and to extend his response time. (Dkt. No. 133). The Court reviews this objection to a nondispositive, pretrial matter under the standard set forth in Federal Rule of Civil Procedure 72(a), which requires the Court to "modify or set aside any part of the [Magistrate Judge's] order that is clearly erroneous or is contrary to law." Having carefully reviewed the matter, the Court decides that the Magistrate Judge correctly applied the law and reached a conclusion that was not clearly erroneous. Accordingly, the Court ratifies the Magistrate Judge's order. However, because Plaintiff's deadline to respond to Defendant's motion for summary judgment (Dkt. No. 112) was September 13, 2012, and therefore passed while this appeal was pending, it is only for this reason that the Court amends the due date for Plaintiff's response to October 10, 2012. NO FURTHER EXTENSIONS WILL BE GRANTED.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
September 28, 2012