# UNITED STATES DISTRICT COURT

for the
District of South Carolina

| | |
|---|---|
| Eric Andrew Rieb, | |
| *Plaintiff* | ) |
| v. | ) |
| Warden Robert M. Stevenson, III; Lt. Edward | ) |
| Hambrick; Capt. Percy Jones; Broad River Corr Inst | ) |
| Property Control, | ) |
| *Defendants* | |

Civil Action No.    1:11-cv-00425-RMG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Eric Andrew Rieb, shall take nothing of the defendant; Broad River Corr Inst Property Control;
as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed without prejudice.

■ other: The plaintiff, Eric Andrew Rieb, shall take nothing of the defendants; Warden Robert M. Stevenson, III., Lt.
Edward Hambrick, and Capt. Percy Jones; as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is
dismissed with prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, adopting the Report and
Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed
defendant Broad River Corr Inst Property Control without prejudice.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, adopting the Report and
Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which granted the
defendants' motion to dismiss.


Date:   November 13, 2012                    *LARRY W. PROPES, CLERK OF COURT*

                                             s/A. Buckingham

                                             _____
                                             *Signature of Clerk or Deputy Clerk*